```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF GEORGIA
                     COLUMBUS DIVISION
```

CHENITA SANKS,                    *

    Plaintiff,                *

vs.                               *

                                    CASE NO. 4:25-CV-261 (CDL)

MUSCOGEE COUNTY SCHOOL            *
DISTRICT,
                              *

    Defendant.
                              *

## O R D E R

Chenita Sanks alleges that her former employer, the Muscogee County School District, discriminated against her because of her disability, in violation of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.* The District filed a motion to dismiss, arguing that Sanks's ADA claims are time-barred. As explained below, the District's motion (ECF No. 2) is granted.

Under the ADA, a plaintiff must file a civil action within ninety days after receiving a right-to-sue notice from the EEOC. 42 U.S.C. § 12117 (adopting Title VII's enforcement procedures for ADA employment discrimination claims); 42 U.S.C. § 2000e-5(f)(1) (stating that "within ninety days after" the EEOC gives a right-to-sue notice, "a civil action may be brought against the respondent named in the charge . . . by the person claiming to be aggrieved"). The ninety-day statute of limitations begins upon the claimant's receipt of a right-to-sue letter.

Here, Sanks alleges that she filed a charge of discrimination with the Equal Employment Opportunity Commission in 2023 and received a right-to-sue notice from the EEOC on May 13, 2025. Compl. § IV.B., ECF No. 1. She did not file this action until ninety-three days later, on August 14, 2025.[1] Sanks, who did not respond to the motion to dismiss, did not explain why she filed the complaint late. Because Sanks filed her complaint late, this action is time-barred, and the Court grants the District's motion to dismiss on that ground.

IT IS SO ORDERED, this 21st day of October, 2025.

s/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] Sanks mailed her complaint to the clerk of the court on August 12, 2025, ninety-one days after she received the right-to-sue letter. The clerk received it on August 14, 2025. "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. A complaint may be "filed" by "delivering" it to the clerk, which means that filing is not complete until the clerk receives the complaint. Fed. R. Civ. P. 5(d)(2).